FILED
May 21, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

# No:03-14-00665-CV

## IN THE COURT OF APPEALS FOR THE THIRD JUDICIAL DISTRICT OF TEXAS AT AUSTIN, TEXAS

**ERIC DRAKE**

*Plaintiff–Appellant*

v.

**KASTL LAW FIRM P.C. ET AL**

*Defendant–Appellee*

## ON APPEAL FROM THE 200TH DISTRICT COURT TRAVIS COUNTY, AUSTIN, TEXAS

### Trial Court No. D-1-GN-14-001215

## APPELLANT ERIC DRAKE'S RESPONSE TO APPELLEES BRIEF

**Eric Drake
Pro-Se
Appellant
PO Box 833688
Richardson, Texas 75083
214-477-9288**


RECEIVED
MAY 2 1 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

TO HONORABLE JUSTICES OF SAID COURT:

Appellant Eric Drake files this response to Appellees brief in the above entitled and numbered appeal.

Appellee brief continues with their misconceptions and intentional distortions regarding recusal of judges in Texas state courts. Once a motion for recusal is filed in a state proceeding, nothing can take place until the proper procedures pursuant to Tex. R. Civ. P., 18a and 18b are undertaken, which did not occur in the pending legal case before this Court.

All of the Appellant's objections in his brief are reinforced in this response to Appellees brief, and the Appellant see's no value in restating them. After Charles Ramsay was made aware of the recusals, he should have stopped all proceedings, and his failure was an abuse of discretion.

The notion that Appellant cannot object to Warren Vavra is also erroneous or that any objection to him is waived. The secretary in Mr. Vavra office referred to him as "the judge," and Scott Graydon referred to him as a judge—when he is not a judge. *"Despite doing nothing to make trial court aware of the potentially disqualifying circumstance, is not deemed to have*

1

*waived the issue and may raise the issue of the trial judge's disqualification for the first time on appeal."* In re D.D., Jr., 2010 WL 3718564 (Tex. App.––Amarillo 2010). Drake never waived his objection to a court employee who was masquerading as a judge. Vavra impersonating a judge is a violation of the TRCP and other Texas laws. The trial court not acting on the Appellant's motion to recuse was an abuse of discretion, and thus as previously stated in Drake's original brief all orders sign are void. *In re Kiefer*, 2010 WL 2220588 (Tex. App.—Dallas 2010, no pet.). Appellees alleged that there was good cause, but in this case there is never no good cause to violate TRCP 18a and 18b, nor good cause for Graydon to commit perjury.

The presiding judge never ruled on Drake motion to recuse. TRCP 18a(f)(1)(B). *In re Norman*; *In re Perritt*. Furthermore, it is a mandatory requirement that the appointment of a judge must be by either the presiding judge of the administrative region, or the Chief Justice of the Texas Supreme Court, therefore, Vavra appointment of a judge would be considered as a constitutional disqualification which cannot be waived. *Spigener v. Wallis*, 80 S.W.3d 174, 180 (Tex.App.—Waco 2002, no pet), See TRCP 18a(b)(2), (g)(3)(B); *Freedom Comms. V. Coronado*; *Buckholts ISD v. Glaser*; and *Jennings v. Garner*.

2

The entire proceeding to declare Appellant a vexatious litigant on August 19, 2014 occurred without proper legal procedure, because there was an effort to push the matter through to declare Appellant as a vexatious litigant at any cost, even at the cost of perjury, the appointing of visiting judges by someone who is not authorized to do so by the TRCP, and a visiting judge who is aware of the pending recusals that the Appellant filed, and the fact that those recusals had not been ruled on, nevertheless, Judge Ramsay continued to hear the legal proceeding was not only error but Drake believes a conspiracy—especially after reviewing Ramsay's history of hatred of nonwhites. Drake was entitled to a hearing, which did not occur. See TRCP 18a(g)(6). Moreover, again, the hearing wasn't even set on the court's docket. Appellant was at the trial court to pick up records.

Appellees filed their frivolous motion to strike because they are fully aware after reviewing the Appellant's brief that their argument is also frivolous, and without factual legal support in their brief.

Regardless of how this Court rules, Seana Willing, Scott Graydon, Charles Ramsay, Warren Vavra and others who are involved in wrongfully declaring the Appellant a vexatious litigant will be sued for $25,000,000.00. Graydon, Willing, Vavra, and Ramsay will not be able to hide behind any

3

immunity, because their efforts were part of a criminal act and intentional conspiracies against the Appellant on account of his race.

How this Court rules will not affect the Appellant's filing of a lawsuit in federal court for damages. However, if the Appellant has to appeal this matter to the Texas Supreme Court (Petition for Reivew), and again to the U.S. Supreme Court to reverse the order declaring him a vexatious litigant, the amount of damages will increase.

Appellant requests all and any relief that he has already requested in his original brief, and any other relief that the court may grant him that he may show justification.

Respectfully submitted:

Eric Drake
PO Box 833688
Richardson, Texas 75083
214-477-9288

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2015, I served the foregoing "APPELLANT' REPLY BRIEF," by causing one paper copy sent by certified first-class U.S. Mail to the Clerk of the Court of the 3rd Court of Appeals Austin, and one copy was *Hand Delivered* to appellees legal counsel as shown below:

Scot Graydon
300 West 15TH Street, Ste 2
Austin, Texas 78701
512-475-4413

David Harris
300 West 15TH Street, Ste 2
Austin, Texas 78701
Telephone: 512-475-4413

Kastl Law P.C.
4144 N. Central Expressway
Ste 300, Dallas, Texas 75204
Telephone: 214-821-0230

Vikki Ogden
411 Elm Street, Ste 500
Dallas, Texas 75202
Telephone: 214-653-7568


_____
Eric Drake

# CERTIFICATE OF COMPLIANCE

1. EXCLUSIVE OF THE EXEMPTED PORTIONS, THE REPLY BRIEF CONTAINS <u>777</u> words.

2. THE BRIEF HAS BEEN PREPARED:

A. In proportionally spaced typeface using:

Software Name and Version: **Microsoft Word 2008**

in Times Roman font, 14 point for text and 12 point for footnotes.

Eric Drake
Pro-se

April 12, 2015

Eric Drake
PO Box 833688
Richardson, Texas 75083


May 15, 2014


Jeffrey D. Kyle
Clerk of Court
Third Court of Appeals
PO Box 12547
Austin, Texas 78711

RE: *In re Eric Drake, Cause Number: 03-14-00665-CV*

Dear Honorable Kyle:

Please find the corrections the Court requested. I decided it would be simpler to send the entire brief since it is very short rather than just the certifications. Thank you.

If there are any questions or comments please contact me at the above address, or by telephone at: 214-477-9288 or by email at: emike899@gmail.com


Yours truly,

Eric Drake



RECEIVED
MAY 21 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

PRESS FIRMLY TO SEAL

WRITE FIRMLY TO MAKE ALL COPIES LEGIBLE.

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)          PHONE ( )

Eric Drake
P.O. Box 833688
Richardson, Tx. 75083

**PAYMENT BY ACCOUNT (if applicable)**

**DELIVERY OPTIONS (Customer Use Only)**

☐ **SIGNATURE REQUIRED** *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
* Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)          PHONE ( )

Jeffrey D. Kyle
clerk at Court of Appeals
Third Court of Appeals
209 West 14th St.
Room 101
Austin, Tx. 75701

ZIP + 4® (U.S. ADDRESSES ONLY)

7 8 7 6 1 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

LABEL 11-B, MARCH 2014          PSN 7690-02-000-9996          3-ADDRESSEE COPY

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day          ☐ 2-Day          ☐ Military          ☐ DPO

PO ZIP Code
75122

Scheduled Delivery Date (MM/DD/YY)
5/21/15

Postage
$ 19.66

Date Accepted (MM/DD/YY)
5/19/15

Scheduled Delivery Time
☐ 10:30 AM  ☑ 3:00 PM

Insurance Fee
$

COD Fee
$

Time Accepted
1:23          ☐ AM  ☐ PM

10:30 AM Delivery Fee
$

Return Receipt Fee
$

Live Animal Transportation Fee
$

Weight
2 lbs 4 ozs.          ☐ Flat Rate

Sunday/Holiday Premium Fee
$

Total Postage & Fees
$ 19.66

Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)  Time  ☐ AM  ☐ PM          Employee Signature

Delivery Attempt (MM/DD/YY)  Time  ☐ AM  ☐ PM          Employee Signature

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS™

E K 8 7 3 3 7 5 1 6 0 U S

1007



UNITED STATES POSTAL SERVICE

PRIORITY MAIL
POSTAGE PAID
U.S. POSTAGE
DALLAS, TX 75260
MAY 19, 15
AMOUNT
$19.99
00087148-43